UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:04 CR 48 |
| | ) | |
| MARTY SLABAUGH | ) | |

## MEMORANDUM AND ORDER

This Defendant, Marty Slabaugh, has submitted a number of items, not under oath, that deserve careful consideration by both this Court, defense counsel, the probation office, and the United States Attorney. The most recent is dated December 10, 2005 and has been placed in the record by Mr. Truitt as counsel for Mr. Slabaugh. That item is now, or will be, available for careful examination by the Unite States Attorney. Another writing from Mr. Slabaugh is dated November 19, 2005 and is attached to the presentence report, which should be available to the United States Attorney before any sentencing proceedings. A letter dated July 16, 2005, which is attached to the presentence report, should also be available for examination by the United States Attorney. It is also apparent that there may be a need at the sentencing proceeding to hear witnesses under oath in regard to some of the matters raised by this Defendant in his pro se writings. Therefore, in order to give everyone a chance to arrange for the same, this sentencing proceeding originally scheduled for December 16, 2005 is now continued until January 5, 2006 at 1:30 p.m.

**IT IS SO ORDERED**.

**DATED: December 14, 2005**

                                            **S/ ALLEN SHARP**
                                            **ALLEN SHARP, JUDGE**
                                            **UNITED STATES DISTRICT COURT**