# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 3:04-cr-48-AS |
| | ) | |
| MARTY LEE SLABAUGH, | ) | |
| . | ) | |

## MEMORANDUM AND ORDER

The Court, on its own motion, now VACATES the sentencing hearing currently scheduled for Thursday, June 15, 2006 at 3:30 p.m.

The court now sets this case for an Evidentiary Hearing for credibility determination on **Thursday, August 10, 2006 at 1:30 p.m. (Eastern time).** The defendant's present counsel, James D. Stevens, should file with the court fresh objections to the Presentence Report and a response to the government's filing of 12/8/05 (document #16) by **June 30, 2006.** The government should respond to those objections by **July 17, 2006.**

SO ORDERED.
ENTERED: June 14, 2006

                                                            S/ ALLEN SHARP
                                                ALLEN SHARP, JUDGE
                                                UNITED STATES DISTRICT COURT

Copies to:
        Schmid
        Stevens
        USM
        USPO